IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CR-00137-RJC-DCK

| USA, | ) |  |
|---|---|---|
| Plaintiff, | ) ) ) |  |
| v. | ) | **ORDER** |
| TAMMY DENISE SMITH, | ) ) ) |  |
| Defendant. | ) ) |  |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 104), the Indictment, (Doc. No. 37), without prejudice, following her guilty plea to an Information filed in Case No. 3:18-cr-25.

**IT IS ORDERED** that the Government's motion, (Doc. No. 104), is **GRANTED** and the Indictment, (Doc. No. 37), is **DISMISSED** without prejudice as to Tammy Denise Smith.

Signed: January 26, 2018

Robert J. Conrad, Jr.
United States District Judge